CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
FAX: (415) 436-7234
molly.friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZARMINA DAWOD, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>PAMELA BONDI[1], Attorney General, United States Department of Justice, *et al.*,<br><br>    Defendants. | Case No. 3:24-cv-03731-AMO<br><br>**JOINT STATUS REPORT AND STIPULATION TO CONTINUE THE STAY OF PROCEEDINGS; [PROPOSED] ORDER** |

The parties, through their attorneys, submit this joint status report regarding Plaintiff's Form I-589, Application for Asylum and Withholding of Removal. On December 23, 2025, the Court granted the parties' request to stay proceedings until March 23, 2026. Dkt. No. 20. On December 2, 2025, USCIS issued Policy Memorandum PM-602-0192, *Hold and Review of all Pending Asylum Applications and all USCIS Benefit Applications Filed by Aliens from High-Risk Countries* ("Policy Memorandum"), placing a hold on all asylum applications, pending a comprehensive review. *See* https://www.uscis.gov/sites/default/files/document/policy-alerts/PM-602-0192-PendingApplicationsHighRiskCountries-20251202.pdf. (last accessed March 20, 2026). The Policy

---

[1] Pamela Bondi is automatically substituted as the defendant in this matter in accordance with Federal Rule of Civil Procedure 25(d).

Joint Status Report & Stipulation
Case No. 3:24-cv-03731-AMO    1

Memorandum states that within 90 days of issuance of the memorandum, USCIS will issue operational guidance. *Id.* at 3. As of the date of this filing, the hold has not been lifted, and final guidance has not yet been issued. In order to allow time for additional guidance to be issued pursuant to the Policy Memorandum, the parties have agreed to continue the stay of proceedings.

Accordingly, the parties stipulate and request the Court to continue the stay of proceedings in this case until June 22, 2026, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: March 23, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: March 23, 2026

*/s/ Wahida Noorzad*
WAHIDA NOORZAD
Attorney for Plaintiffs

[PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED. This case is stayed until June 22, 2026.

Date:   3/24/2026

HON. ARACELI MARTÍNEZ-OLGUÍN
United States District Judge

Joint Status Report & Stipulation
Case No. 3:24-cv-03731-AMO                 2