CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
FAX: (415) 436-7234
molly.friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZARMINA DAWOD, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> TODD BLANCHE[1], Acting Attorney General, United States Department of Justice, *et al.*, <br><br> Defendants. | Case No. 3:24-cv-03731-AMO <br><br> **JOINT STATUS REPORT AND STIPULATION TO CONTINUE THE STAY OF PROCEEDINGS; [~~PROPOSED~~] ORDER** |

The parties, through their attorneys, submit this joint status report regarding Plaintiff's Form I-589, Application for Asylum and Withholding of Removal. On June 23, 2026, the Court granted the parties' request to stay proceedings until June 29, 2026. *See* Dkt. No. 25. United States Citizenship and Immigration Services ("USCIS") has been working to complete their review of Plaintiff's application but needs another brief period of additional time to do so. The parties conferred and agree to continue the stay of proceedings until July 13, 2026, to allow the agency additional time to complete their review.

Accordingly, the parties stipulate and request the Court to continue the stay of proceedings in this case until July 13, 2026, at which time the parties will file a joint status report with the Court. At

---

[1] Todd Blanche is automatically substituted as the defendant in this matter in accordance with Federal Rule of Civil Procedure 25(d).

Joint Status Report & Stipulation
Case No. 3:24-cv-03731-AMO                    1

that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: June 29, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: June 29, 2026

*/s/ Wahida Noorzad*
WAHIDA NOORZAD
Attorney for Plaintiffs

### [~~PROPOSED~~] ORDER

Pursuant to stipulation, IT IS SO ORDERED. This case is stayed until July 13, 2026.

Date:   6/30/2026

_____
HON. ARACELI MARTÍNEZ-OLGUÍN
United States District Judge

Joint Status Report & Stipulation
Case No. 3:24-cv-03731-AMO                2