CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
FAX: (415) 436-7234
molly.friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

ZARMINA DAWOD, *et al.*,

Plaintiffs,

v.

TODD BLANCHE[1], Acting Attorney General, United States Department of Justice, *et al.*,

Defendants.

Case No. 4:24-cv-03731-AMO

**JOINT STATUS REPORT AND STIPULATION TO CONTINUE THE STAY OF PROCEEDINGS; ~~[PROPOSED]~~ ORDER**

The parties apologize to the Court for their delay in submitting a joint status report by July 13, 2026, due to the need for the parties to confer on the case status and reach agreement on the stipulation. The parties, through their attorneys, submit this joint status report regarding Plaintiff's Form I-589, Application for Asylum and Withholding of Removal. On June 30, 2026, the Court granted the parties' request to stay proceedings until July 13, 2026. *See* Dkt. No. 27. United States Citizenship and Immigration Services ("USCIS") interviewed Plaintiffs Zarmina Dawod and Zubaida Dawod on July 8, 2026. At Plaintiffs' counsel request, USCIS scheduled additional re-interviews for these Plaintiffs for July 29, 2026. The parties conferred and agree to continue the stay of proceedings until

[1] Todd Blanche is automatically substituted as the defendant in this matter in accordance with Federal Rule of Civil Procedure 25(d).

July 31, 2026, to allow the agency time to conduct Plaintiffs' re-interview scheduled for July 29, 2026, and to complete their review of Plaintiffs' application following the re-interview.

Accordingly, the parties stipulate and request the Court to continue the stay of proceedings in this case until July 31, 2026, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: July 14, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: July 14, 2026

*/s/ Wahida Noorzad*
WAHIDA NOORZAD
Attorney for Plaintiffs

**[~~PROPOSED~~] ORDER**

Pursuant to stipulation, IT IS SO ORDERED. This case is stayed until July 31, 2026.

Date: July 15, 2026

HON. ARACELI MARTINEZ-OLGUIN
United States District Judge